JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **NOEMI TAPIA REYES,** | ) | NO. CV 15-9406-KS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: December 15, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE